# RAMPART CAPITAL CORPORATION, Petitioner,

v.

## Bonnie L. ABKE, Respondent.

### No. 98–0552.

Supreme Court of Texas.

July 1, 1999.

Jeffrey J. Brookner, Stephen G. Scholl, Houston, for petitioner.

---

*Mayad*, 603 S.W.2d 773, 776 (Tex.1980); *Veterans' Land Bd. v. Williams*, 543 S.W.2d 89, 90 (Tex.1976).

5. TEX. R. CIV. P. 165a(3).

Dennis K. Drake, Fred Shannon, Charles Estee, San Antonio, for respondent.

Justice HECHT, joined by Justice OWEN, dissenting from the denial of the petition for review.

I respectfully dissent from the Court's denial of the petition for review. This is a suit on a promissory note against a limited partner in circumstances described in *Rampart Capital Corporation v. Maguire,* 974 S.W.2d 195 (Tex.App.—San Antonio 1998, pet. denied). In an unpublished opinion essentially identical to its opinion in *Maguire,* a divided court of appeals affirmed the trial court's dismissal of the action for want of prosecution. As in *Maguire,* I would grant Rampart's petition, reverse the judgment of the court of appeals, and remand the case for further proceedings. *Rampart Capital Corp. v. Maguire,* 1 S.W.3d 106 (Tex.1999) (Hecht, J., dissenting).